10,930 BOTTLES OF LIQUOR, Bobbie Burnside, Claimant, Plaintiff in Error, v. UNITED STATES, Libelant, Defendant in Error. (Circuit Court of Appeals, Second Circuit. February 18, 1924.) No. 235. In Error to the District Court of the United States for the Southern District of New York. Bennett & Korey, of New York City, for plaintiff in error. William Hayward, U. S. Atty., of New York City (Francis A. McGurk, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.